# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA STONER O/B/O Z.S.,** a minor child, | : CIVIL ACTION NO. 3:16-CV-2108 |
| | : |
| | : **(Chief Judge Conner)** |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | : |
| | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 28th day of March, 2018, upon consideration of the report (Doc. 22) of Magistrate Judge Karoline Mehalchick, recommending the court deny the appeal of plaintiff Melissa Stoner on behalf of Z.S., a minor child, from the administrative law judge's decision denying plaintiff's application for supplemental security income, and the court noting that plaintiff filed objections (see Docs. 23-24) to the report, see FED. R. CIV. P. 72(b), and that the Commissioner of Social Security ("Commissioner") filed a response (Doc. 25) thereto, and following *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(C)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court being in agreement with Judge Mehalchick that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g); see

Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and finding Judge Mehalchick's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding plaintiff's objections, which are identical to the arguments raised before and rejected by the magistrate judge, to be without merit and squarely addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 22) of Magistrate Judge Mehalchick is ADOPTED.

2. The Commissioner's decision denying plaintiff's application for supplemental security income is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against plaintiff as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania