# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| MELISSA STONER O/B/O Z.S., a minor child, )<br>*Plaintiff* )<br>v. )<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security, )<br>*Defendant* ) | Civil Action No. 3:16-CV-2108<br>(Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff MELISSA STONER O/B/O Z.S., a minor child, as follows: The Commissioner's decision denying plaintiff MELISSA STONER O/B/O Z.S., a minor child's application for supplemental security income is AFFIRMED, in accordance with the court's order (Doc. 26), dated March 28, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

**X** decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Mar 28, 2018         *CLERK OF COURT* PETER WELSH, Acting Clerk of Court

                                              K. McKinney

                                              *Signature of Clerk or Deputy Clerk*